GEOFFREY E. WIGGS (SBN 276041)
THE LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

In re:

**MAHA ABUGHANNAM**,

Debtor.

Case No. 19-30516

Chapter 7

**DECLARATION REGARDING FEDERAL INCOME TAXES**

I, <u>MAHA ABUGHANNAM</u> hereby declare the following is true and correct under penalty of perjury:

1. Due to my age, income, and employment history, I have never been required to file federal income taxes.
2. Currently, my sole source of income is from the Social Security Administration.

oo0oo

Dated: <u>June 10, 2019</u>             <u>*/s/ Maha Abughannam*</u>

- 1 –

DECLARATION REGARDING
FEDERAL INCOME TAXES      CASE # 19-30516

Case: 19-30516    Doc# 12    Filed: 06/10/19    Entered: 06/10/19 16:23:25    Page 1 of 1