GEOFFREY E. WIGGS (SBN 276041)
THE LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| In re: <br><br> **MAHA ABUGHANNAM**, <br><br> Debtor. | Case No. 19-30516 <br><br> Chapter 7 <br><br> **DECLARATION REGARDING PAY ADVICES** |

I, <u>MAHA ABUGHANNAM</u> hereby declare the following is true and correct under penalty of perjury:

1. I have been unemployed for an extended period of time and have no pay advices available for submission to the Trustee in my case.

2. I was last employed in 2009.

3. Currently, my sole source of income is from the Social Security Administration.

oo0oo

Dated: <u>July 19, 2019</u>                */s/ Maha Abughannam*

- 1 –

DECLARATION REGARDING
FEDERAL INCOME TAXES                CASE # 19-30516

Case: 19-30516  Doc# 13  Filed: 07/19/19  Entered: 07/19/19 10:21:35  Page 1 of 1